Case 4:07-cr-00514-DLJ   •Document 2   Filed 08/13/2007   Page 1 of 23
Case 3:05-cr-00057-ECR-RAM   Document 72   Filed 08/09/2007   Page 1 of 1
Case 3:05-cr-00057-ECR-RAM   Document 71   Filed 07/24/2007   Page 1 of 1

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION** filing

CR 07-00514 DLJ

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 3:05-cr-057-ECR-RAM |
| DOCKET NUMBER *(Rec. Court)* | |

**FILED**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Theresa Marie Brown
Oakland, California | NEVADA | U.S. Probation Office |

NAME OF SENTENCING JUDGE

Edward C. Reed Jr.

AUG 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DATES OF PROBATION/SUPERVISED RELEASE | 3/13/07 | 3/12/10 |
|---|---|---|

OFFENSE

False Statement During Firearms Purchase
Aiding and Abetting

RECEIVED
2007 AUG -7 AM 10:00
U.S. PROBATION OFFICE
NORTHERN DIST. OF CALIF.
OAKLAND

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 24, 2007
_____
*Date*

*Edward C. Reed*
_____
Edward C. Reed, Jr.
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-31-07
_____
Effective Date

_____
United States District Judge

DANIEL G. BOGDEN
United States Attorney
ROBERT DON GIFFORD
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438

Attorneys for Plaintiff

FILED

2005 MAR 16 PM 2:30

LANCE S. WILSON
CLERK

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )      CR-N-05-0057-HDM-RAM
                               )
              Plaintiff,       )
                               )
       v.                      )
                               )      INDICTMENT FOR VIOLATION OF:
EARL JAMES FICKLIN and         )
THERESA BROWN,                 )
                               )      TITLE 18, UNITED STATES CODE
              Defendants.      )      SECTION 922(a)(6) - False Statement
                               )      During Firearms Purchase (Count One)

TITLE 18, UNITED STATES CODE, SECTION 2
Aiding and Abetting - (Count One)

TITLE 18, UNITED STATES CODE, SECTION
924(d) and TITLE 28, UNITED STATES CODE,
SECTION 2461(c) - Forfeiture (Count Two)

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about October 28, 2004, in the District of Nevada, EARL JAMES FICKLIN and

THERESA BROWN, defendants herein, did aid and abet the other in connection with the acquisition of

firearm(s), to wit: five Hi-Point, Model C9, 9mm, semi-automatic handguns, with serial numbers

P1223995, P1223996, P1223997, P1229014, and P1229017 respectively, from a federally licensed

firearms dealer, did knowingly make false and fictitious statements to a Federal Firearms Licensee which

was likely to deceive, as to a fact material to the lawfulness of such acquisition of the said firearm to the

defendant under chapter 44 of Title 18, in that the defendant Ficklin with the assistance of defendant

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court

By _____
        Deputy Clerk

1    Brown, when providing information on the ATF Form 4473 (Firearms Transaction Record) and

2    certifying that the information was true and correct, represented to the Federal Firearms Licensee that

3    defendant Ficklin was a resident of the State of Nevada, as well as that defendant Ficklin was purchasing

4    the firearms for himself, both of which were false and misleading statement(s), all in violation of Title

5    18 United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

6

7    As a result of the foregoing offense contained in Count One, the defendant shall forfeit to the

8    United States all firearms and ammunition involved in the commission a violation of Title 18, United

9    States Code, Section 922(a)(6) including and incorporating the descriptions of each respective firearm in

10   Count One; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(d) and Title 28,

11   United States Code, Section 2461(c).

12

13   A TRUE BILL:

14

15   FOREPERSON

16

17

18   DANIEL G. BOGDEN
     United States Attorney

19

20   ROBERT DON GIFFORD
     Assistant United States Attorney

21

22

23

24

25

26

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
         Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA
vs.
THERESA BROWN,

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 03:05-CR-57-ECR-RAM

USM NUMBER: 93068-111

David Otto
DEFENDANT'S ATTORNEY

**THE DEFENDANT:**

( X )   pled guilty to count ONE (1) of Indictment filed March 16, 2005
(   )   pled nolo contendere to count(s) _____
        which was accepted by the court.
(   )   was found guilty on count(s) _____
        after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:922(a)(6) | False Statement During Firearms Purchase | Oct, 2004 | 1 |
| 18:2 | Aiding & Abetting | Oct, 2004 | 1 |

The defendant is sentenced as provided in pages 2 through **6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(   )   The defendant has been found not guilty on count(s) _____
(   )   Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

**Each separate page is signed & dated by the
Presiding Judicial Officer

July 18, 2006
Date of Imposition of Judgment

Signature of Judge

EDWARD C. REED, JR., SENIOR USDJ
Name and Title of Judge

July 18, 2006
Date

CERTIFIED TO BE ...
Clerk, United States District ...
By _____
      Deputy Clerk

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 - Imprisonment

DEFENDANT:     BROWN, THERESA
CASE NUMBER:   03:05-CR-57-ECR

Judgment - Page __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of ___FOURTEEN (14) MONTHS_____

( X )   The court makes the following recommendations to the Bureau of Prisons: THAT defendant receive credit for all
time served in federal custody in connection with this offense; THAT, to the extent available at the facility where defendant
is incarcerated, she receive drug abuse counseling.

( X )   The defendant is remanded to the custody of the United States Marshal.

(  )   The defendant shall surrender to the United States Marshal for this district:
    (  )   at _____ a.m./p.m. on _____
    (  )   as notified by the United States Marshal.

(  )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    (  )   before 2 p.m. on _____
    (  )   as notified by the United States Marshal.
    (  )   as notified by the Probation of Pretrial Services Office.

Dated this _18_ day of July, 2006

_Edward C. Reed._____
EDWARD C. REED, JR., SENIOR USDJ

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY:     _____
       Deputy United States Marshal

AO 245B  (Rev 12/03) Judgment in a Criminal Case
Sheet 3 - Supervised Release
_____

Judgment - Page __3__

DEFENDANT:     BROWN, THERESA
CASE NUMBER:   03:05-CR-57-ECR

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __THREE (3) YEARS__

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of the commencement of supervision, and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually. Revocation is mandatory for refusal to comply.

( )     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

(X)     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.  (Check, if applicable.)

(X)     The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

( )     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

( )     The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## SEE ADDITIONAL SPECIAL CONDITIONS OF SUPERVISED RELEASE ON PAGE 4
### STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Dated this __18__ day of July, 2006

_____
EDWARD C. REED, JR., SENIOR USDJ

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
     Sheet 3 - Supervised Release

| | |
|---|---|
| DEFENDANT:   BROWN, THERESA | Judgment - Page  4  |
| CASE NUMBER:  03:05-CR-57-ECR | |

### SPECIAL CONDITIONS OF SUPERVISION

1.    <u>Possession of Weapon</u> - The defendant shall not possess, have under her control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

2.    <u>Warrantless Search</u> - The defendant shall submit to the search of her person, and any property, residence, or automobile under his/her control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

3.    <u>Substance Abuse Treatment</u> - The defendant shall participate in and complete a substance abuse treatment program, which may include drug testing, out-patient counseling, or residential placement, as approved and directed by the probation officer, and shall contribute to the cost of such treatment as approved and directed by the probation officer, based on defendant's ability to pay.

4.    <u>Community Service</u> - The defendant shall complete 100 hours of voluntary community service, as approved and directed by the probation officer. The voluntary community service shall commence 30 days after defendant is released from incarceration.

5.    <u>Mental Health Counseling</u> - The defendant shall participate in and complete a mental health treatment program, which may include out-patient counseling or residential placement, as approved and directed by the probation officer, and shall contribute to the cost of such treatment as approved and directed by the probation officer, based on defendant's ability to pay.

6.    <u>Report to Probation Officer After Release from Custody</u> - The defendant shall report in person to the probation office in the District to which the defendant is released within 72 hours of release from custody.

Dated this  18  day of July, 2006

EDWARD C. REED, JR., SENIOR USDJ

AO 245B   (Rev 12/03) Judgment in a Criminal Case
　　　　Sheet 5 - Criminal Monetary Penalties

DEFENDANT:　　BROWN, THERESA                                          Judgment - Page  5
CASE NUMBER:　03:05-CR-57-ECR

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00<br>Due and payable immediately. | $ | $ |

(  )　On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

(  )　The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case
　　　(AO 245C) will be entered after such determination.

(  )　The defendant shall make restitution (including community restitution) to the following payees in the amount listed
　　　below.

　　　If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless
　　　specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C.
　　　§ 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
|  |  |  |  |
| TOTALS | $_____ | $_____ |  |

Restitution amount ordered pursuant to plea agreement:  $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full
before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet
6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　　the interest requirement is waived for the:  (  ) fine  (  ) restitution.
　　　the interest requirement for the:  (  ) fine  (  ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses
committed on or after September 13, 1994 but before April 23, 1996.

Dated this __18__ day of July, 2006

EDWARD C. REED, JR., SENIOR USDJ

AO 245B   (Rev 12/03) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

DEFENDANT:  BROWN, THERESA
CASE NUMBER:  03:05-CR-57-ECR

Judgment - Page  6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   ( X )   Lump sum payment of $ __100.00__ due immediately, balance due
      ( )      not later than _____; or
      ( )      in accordance with ( ) C, ( ) D, or ( ) E below; or

B   ( )   Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below; or

C   ( )   Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ ___
            _____ over a period of _____ (e.g. months or years), to _____ (e.g., 30 or
            60 days) after the date of this judgment; or

D   ( )   Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of __
            _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment
            to a term is supervision; or

E         Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after
            release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability
            to pay at that time; or

F   ( )   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal
Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.


( )    Joint and Several

        Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and
        Several Amount, and corresponding payee, if appropriate.


( )    The defendant shall pay the cost of prosecution.

( )    The defendant shall pay the following court cost(s):

( )    The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine
principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court
costs.

Dated this __18__ day of July, 2006

EDWARD C. REED, JR., SENIOR USDJ

CLOSED

# United States District Court
## District of Nevada (Reno)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-00057-ECR-RAM All Defendants
## Internal Use Only

Case title: USA VS Earl James Ficklin, et al.

Date Filed: 03/16/2005

Assigned to: Judge Edward C. Reed, Jr
Referred to: Magistrate Judge Robert A. McQuaid, Jr

**Defendant**

**James Earl Ficklin (1)**

represented by **Vito R De La Cruz**
Federal Public Defender
201 West Liberty Street
Suite 102
Reno, NV 89501-
Email: vito_delacruz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Pending Counts**

None

**Disposition**

**Highest Offense Level
(Opening)**

None

**Terminated Counts**

18:922A.F 18:922(a)(6) False
Statement During Firearms
Purchase
(1)

**Disposition**

dismissal of indictment

| | |
|---|---|
| 18:3.F 18:2 - 18:2 - Felony - AIDING AND ABETTING (1) | dismissal of indictment |
| 18:982.F 18:924D - 18:924D.F - Felony - FORFEITURE (2) | dismissal of indictment |
| 28:2461C.F 28:2461C - 28:2461C.F - Felony - FORFEITURE (2) | dismissal of indictment |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                    **Disposition**

None

Assigned to: Judge Edward C.
Reed, Jr
Referred to: Magistrate Judge
Robert A. McQuaid, Jr

**Defendant**

**Theresa Brown** (2)                    represented by **David J. Otto**
*TERMINATED: 07/19/2006*                  Gordon & Rees LLP
                                          7465 W. Lake Mead Blvd.
                                          Ste. 200
                                          Las Vegas, NV 89128
                                          702-577-9300
                                          Fax: 702-255-2858
                                          Email: dotto@gordonrees.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: Retained*

                                          **Scott W Edwards**
                                          729 Evans Ave.
                                          Reno, NV 89512
                                          775-786-4300

Fax: 775-786-1361
Email: nvlaw@aol.com
*TERMINATED: 03/27/2006*
*LEAD ATTORNEY*

**Pending Counts**

None

**Highest Offense Level
(Opening)**

None

**Terminated Counts**

18:922A.F 18:922(a)(6) False
Statement During Firearms
Purchase
(1)

18:3.F 18:2 - 18:2 - Felony -
AIDING AND ABETTING
(1)

18:982.F 18:924D - 18:924D.F -
Felony - FORFEITURE
(2)

28:2461C.F 28:2461C -
28:2461C.F - Felony -
FORFEITURE
(2)

**Highest Offense Level
(Terminated)**

Felony

**Complaints**

None

**Disposition**

**Disposition**

14 months USBOP

14 months USBOP

property forfeited

property forfeited

**Disposition**

**Plaintiff**

**USA**                                    represented by **Robert Don Gifford, II**

U.S. Attorney's Office
100 West Liberty Street
Suite 600
Reno, NV 89501
775-784-5438
Fax: 775-784-5181
Email:
Robert.D.Gifford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory W. Addington**
U.S. Attorney's Office
100 West Liberty Street
Suite 600
Reno, NV 89501
Email: greg.addington@usdoj.gov

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2005 | 1 | INDICTMENT Re: Ds, Ficklin & Brown. (Entered: 03/23/2005) |
| 03/16/2005 | 2 | AO 257 Re: D, Ficklin. (Entered: 03/23/2005) |
| 03/16/2005 | 3 | AO 257 Re: D, Brown. (Entered: 03/23/2005) |
| 03/16/2005 | 4 | GRAND JURY RETURNS (Dtd: 3/16/05) Re: Ds, Ficklin & Brown: Ord indctmnt fld. Warrants sh issue for arrest of both Ds. (Karen Bryson) (Entered: 03/23/2005) |
| 03/16/2005 | 5 | WARRANT ISSUED Re: D, Ficklin. (Entered: 03/23/2005) |
| 03/16/2005 | 6 | WARRANT ISSUED Re: D, Brown. (Entered: 03/23/2005) |
| 06/17/2005 | 7 | WARRANT RETURNED EXECUTED re: Brown; (Entered: 06/21/2005) |
| 06/17/2005 | 8 | WARRANT RETURNED EXECUTED re: Ficklin; (Entered: 06/21/2005) |
| 06/20/2005 |  | (Court only) ***Location start as to Theresa Brown, James Earl Ficklin (RD, ) (Entered: 11/14/2005) |
| 06/20/2005 | 9 | FINANCIAL AFFIDAVIT obo: Brown (Entered: 06/24/2005) |

| 06/20/2005 | 10 | INITIAL/ ARRAIGNMENT & PLEA re: Brown; CJA atty Scott Edwards appntd; D pleads NG to cnts 1&2; Cal call TBA; Case stck for JT on 8/22/05 @ 9am; ORD re PT procedure is entered and cpys srvds on cnsl; D is released on bond; ORD tht the USPO prepare a rpt o (Entered: 06/24/2005) |
| 06/20/2005 | 11 | ORDER APPOINTING COUNSEL re: Brown; ORD tht Scott Edwards is appntd to rep D. Fur ORD tht the clk issue subpoenas upon oral req and submission of prepared subpoenas. Fur ORD tht if cnsl desires subpoenas to be srvd outside of NV further application shl (Entered: 06/24/2005) |
| 06/20/2005 | 12 | ORDER REGARDING PRETRIAL PROCEDURE re: Brown; PT mtns due 7/20/05 @ 4pm; responses due 7/31/05 @ 4pm; replies due 8/3/05 @ 4pm (see ord for spec) (Entered: 06/24/2005) |
| 06/20/2005 | 13 | BOND re: Brown; D released on own recognizance (Entered: 06/24/2005) |
| 06/20/2005 | 14 | FINANCIAL AFFIDAVIT re: Ficklin (Entered: 06/24/2005) |
| 06/20/2005 | 15 | ORDER APPOINTING COUNSEL re: Ficklin; ORD tht the FPD is appntd to rep D; Fur ORD tht the clk issue subpoenas upon submission of prepared subpoenas; Fur ORD tht if cnsl desires subpoenas to be srvd outside NV further application to the crt shl be made (se (Entered: 06/24/2005) |
| 06/20/2005 | 16 | INITIAL/ ARRAIGNMENT & PLEA re: Ficklin; ORD tht FPD is appntd to rep D; D pleads NG to cnts 1&2; Cal call TBA; case stck for JT 8/22/05 @ 9am; ORD re PT procedure is enter and cpys srvd on cnsl; D is released on bond; ORD tht USPO shl prepare a rpt on Ds (Entered: 06/24/2005) |
| 06/20/2005 | 17 | BOND re: Ficklin; D is released on own recognizance (Entered: 06/24/2005) |
| 06/20/2005 | 18 | ORDER REGARDING PRETRIAL PROCEDURE re: Ficklin; PT mtns due 7/20/05 @ 4pm; responses due 7/31/05 @ 4pm; replies due 8/3/05 @ 4pm (see ord for spec) (Entered: 06/24/2005) |
| 06/21/2005 | 19 | MOTION FOR DISCOVERY re: Brown (Entered: 06/24/2005) |
| 06/21/2005 | 20 | MOTION FOR DISCOVERY re: Ficklin (Entered: |

| | | |
|---|---|---|
| | | 06/24/2005) |
| 06/27/2005 | 21 | TRAVERSE re: Ficklin & Brown; paperwork frm Northern Dist of CA consisting of a) AO 94 commitment6 to another district b) ntc of proc on out of dist criminal chrgs c) mag judge minute ord re Ficklin and Brown (Entered: 06/28/2005) |
| 07/29/2005 | 22 | ORDER REGARDING TRIAL re: Ficklin and Brown; attch'd is a list of cases on calendar for 8/22/05; cal call set for 8/17/05 @ 830am, PFFCL or prpsd jnt jury instruc and prpsd voir dire shl be filed no ltr thn 4pm on 8/18/05. (Entered: 08/01/2005) |
| 08/10/2005 | | TRAVERSE stip to cont trial (Entered: 08/11/2005) |
| 08/15/2005 | | TRAVERSE re: Ficklin and Brown; stip to cont trial (Entered: 08/16/2005) |
| 08/15/2005 | 23 | ORDER ON STIPULATION re: Ficklin and Brown; tht tht trial set for 8/22/05 be cont to 11/8/05, PT mtns cont to 9/20/05, responses cont to 10/4/05 and replies cont to 10/7/05; cal call to be cont to a dt convenient to the crt; 18:3161(h)(8)(B)(iv) cited. (Entered: 08/16/2005) |
| 10/12/2005 | 24 | ORDER REGARDING TRIAL re: Ficklin and Brown; attchd is a list of cases set for calendar on 11/8/05; cal call 10/19/05 @ 815am (see ord for spec) (Entered: 10/16/2005) |
| 10/18/2005 | 25 | ORDER ON STIPULATION Re: Ds, Ficklin & Brown: Trial cont'd fm 11/8/05 to 1/17/06; P/T Mtns ext til 12/30/05; Resp ext til 12/14/05; Replies ext til 12/19/05. Cal call will be set @ dt convenient to Crt. Tm Excld: 18:3161(h)(8)(A) & (B)(i)(iv). (Entered: 10/26/2005) |
| 11/14/2005 | | (Court only) ***Procedural Interval start as to Theresa Brown, James Earl Ficklin (RD, ) (Entered: 11/14/2005) |
| 11/17/2005 | 26 | ORDER as to Theresa Brown, James Earl Ficklin action assigned to the Honorable Brian E. Sandoval Signed by Judge Philip M. Pro on 11/17/5. (LG, ) (Entered: 11/17/2005) |
| 11/18/2005 | | (Court only) ***Excludable started as to Theresa Brown, James Earl Ficklin: (RD, ) (Entered: 11/18/2005) |
| 11/30/2005 | 27 | NOTICE OF HEARING as to Theresa Brown, James Earl Ficklin: Calendar Call set for 1/4/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Jury Trial set for 1/17/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. **(no image attached)** (MLC) (Entered: |

| | | 11/30/2005) |
|---|---|---|
| 12/16/2005 | 28 | ORDER REGARDING TRIAL as to Theresa Brown, James Earl Ficklin. Jury Trial set for 1/17/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Calendar Call set for 1/4/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Proposed Voir Dire due by 1/10/2006. Proposed Jury Instructions due by 1/10/2006. Trial Briefs due by 1/10/2006. Signed by Judge Brian E. Sandoval on 12/16/05. (MLC) (Entered: 12/16/2005) |
| 12/20/2005 | 29 | NOTICE - violation of PT release conditions by USA as to James Earl Ficklin (JAR, ) (Entered: 12/20/2005) |
| 12/20/2005 | 30 | MOTION action requested of the court; petition for action on cond of PT release by USA as to James Earl Ficklin. (JAR, ) (Entered: 12/20/2005) |
| 12/20/2005 | 31 | ORDER granting 30 Motion action request by the court; a hrg to be held to show cause why PT release should not be reovked as to James Earl Ficklin (1) Signed by Judge Robert A. McQuaid Jr. on 12/19/05. (JAR, ) (Entered: 12/20/2005) |
| 12/22/2005 | 32 | MINUTE ORDER IN CHAMBERS of the Honorable Robert A. McQuaid Jr., U.S. Magistrate Judge on 12/22/2005. By Deputy Clerk: *GMM*. Initial Appearance on Revocation Proceedings pursuant to a Petition for Action on Conditions of Pretrial Release 293031 is set for 12/29/2005 01:30 PM in Reno Courtroom 2 before Magistrate Judge Robert A. McQuaid Jr.**(no image attached)** (GMM, ) (Entered: 12/22/2005) |
| 12/29/2005 | 33 | MINUTES OF PROCEEDINGS - Initial Appearance re Revocation of Pretrial Release as to James Earl Ficklin held on 12/29/2005 before Judge Robert A. McQuaid Jr.. Crtrm Administrator: *GMM*; AUSA: *R. Don Gifford*; Def Counsel: *Vito de la Cruz, FPD*; USPO: *none appearing*; PTS: *Efren Mendoza*; Court Reporter/FTR #: *FTR*; Time of Hearing: *1:26 p.m. to 1:34 p.m.*; Interpreter: *N/A*; Language: *N/A*; Defendant is present on bond. The Court asks the Government its position regarding Pretrial Services report. Defendant's counsel presents argument for Defendant's continued release. The Court strongly admonishes Defendant for his failure to comply with his conditions of release, but agrees with the parties that release at this time is in the Defendant's best interest. The |

| | | |
|---|---|---|
| | | Court releases Defendant on the same conditions, with the additional conditions that he will attend meetings three (3) times a week and attend substance abuse counseling at the direction of Pretrial Services and that Defendant pay for the counseling, based on his ability to pay. Defendant is released on bond. **(no image attached)** (GMM, ) (Entered: 12/29/2005) |
| 01/03/2006 | ⊙34 | STIPULATION - to cont pt mtns and trial by James Earl Ficklin as to Theresa Brown, James Earl Ficklin (JAR, ) (Entered: 01/04/2006) |
| 01/04/2006 | ⊙35 | ORDER TO CONTINUE - Ends of Justice - as to Theresa Brown, James Earl Ficklin. Time excluded from 01/17/06 until 03/28/06. Jury Trial set for 3/28/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Calendar Call set for 3/15/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Pretrial motions shall be due 02/08/06; responses shall be due 02/22/06; and replies shall be due 02/27/06. Signed by Judge Brian E. Sandoval on 01/04/06. (MLC) (Entered: 01/04/2006) |
| 01/04/2006 | ⊙ | Set/Reset Deadlines as to Theresa Brown, James Earl Ficklin: Motions due by 2/8/2006. Responses due by 2/22/2006. Reply brief due by 2/27/2006. (MLC) (Entered: 01/04/2006) |
| 02/01/2006 | ⊙36 | MOTION/PETITION to Revoke pretrial release with an order granting that a hearing be held to show causeby USA as to James Earl Ficklin. (WJ, ) Additional attachment(s) added on 2/2/2006 (WJ, ). Modified on 2/2/2006 (WJ, ). (Entered: 02/02/2006) |
| 02/02/2006 | ⊙37 | MINUTE ORDER IN CHAMBERS of the Honorable Robert A. McQuaid Jr., U.S. Magistrate Judge on 2/2/2006. By Deputy Clerk: *GMM.*A Petition for Action on Conditions of Pretrial Release has been filed herein requesting the Court hold a hearing for Defendant to show cause why his pretrial release should not be revoked. The show cause hearing is set on the Court's calendar for Wednesday, February 8,2006 at 10:00 a.m. The parties have been telephonically notified. **(no image attached)** (GMM, ) (Entered: 02/02/2006) |
| 02/08/2006 | ⊙38 | MINUTES OF PROCEEDINGS - Show Cause Hearing as to James Earl Ficklin held on 2/8/2006 before Judge Robert A. McQuaid Jr. Crtrm Administrator: *GMM*; AUSA: *R. Don Gifford*; Def Counsel: *Vito de la Cruz, FPD*; USPO: *None* |

| | | |
|---|---|---|
| | | *appearing*; PTS: *Efren Mendoza*; Court Reporter/FTR #: *FTR*; Time of Hearing: *10:06 a.m. to 10:14 a.m.*; Interpreter: *N/A*; Language: *N/A*; Defendant is present on bond. The parties present their respective arguments to the Court. The Court, pursuant to 18 U.S.C. Section 3148, finds by clear and convincing evidence that Defendant has violated the conditions of his pretrial release and that Defendant is unlikely to abide by the conditions of pretrial release. The Court orders that Defendant's bond is revoked and Defendant is ordered confined. The Court further orders that Defendant shall be placed in a special housing unit away from general population. Defendant is remanded to custody. **(no image attached)** (GMM, ) (Entered: 02/08/2006) |
| 02/10/2006 | 39 | ORDER REGARDING TRIAL as to Theresa Brown, James Earl Ficklin. Jury Trial set for 3/28/2006 08:30 AM before Judge Brian E. Sandoval. Calendar Call set for 3/15/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Proposed Voir Dire due by 3/21/2006. Proposed Jury Instructions due by 3/21/2006. Trial Briefs due by 3/21/2006. Signed by Judge Brian E. Sandoval on 02/10/06. (MLC) (Entered: 02/10/2006) |
| 02/21/2006 | 40 | *SEALED* **SEALED** ORDER FOR ISSUANCE OF Violation of PreTrial Release Conditions WARRANT as to Theresa Brown Signed by Judge Robert A. McQuaid Jr. on 2/21/2006. (JAR, ) (Entered: 02/21/2006) |
| 02/21/2006 | 41 | (Court only) Violation of Pretrial Release Conditions WARRANT Issued by Judge Robert A. McQuaid Jr. in case as to Theresa Brown. **(Sealed)** (JAR, ) (Entered: 02/21/2006) |
| 03/09/2006 | | (Court only) **NON-PUBLIC** Motions terminated as to Theresa Brown, James Earl Ficklin: 36 MOTION to Revoke filed by USA. See Order [38] (BLG) (Entered: 03/09/2006) |
| 03/09/2006 | 42 | DESIGNATION of Retained Counsel by David J. Otto on behalf of Theresa Brown (WJ, ) (Entered: 03/13/2006) |
| 03/09/2006 | 43 | MOTION to Substitute Attorney of David J. Otto in place and stead of Scott W. Edwards by Theresa Brown. (WJ, ) (Entered: 03/13/2006) |
| 03/13/2006 | 44 | *SEALED* **SEALED** ARREST Warrant Returned Executed on 3/10/06. in case as to Theresa Brown. (WJ, ) (Entered: 03/14/2006) |

| 03/15/2006 | ⊙45 | MINUTES OF PROCEEDINGS - Calendar Call as to Theresa Brown, James Earl Ficklin held on 3/15/2006 before Judge Brian E. Sandoval. Crtrm Administrator: *Marti Campbell*; AUSA: *Don Gifford*; Def Counsel: *Vito de la Cruz and David Otto*; Court Reporter/FTR #: *Margaret Griener*; Time of Hearing: *8:46 am< The Court advises counsel that Mr. Otto is a former deputy attorney general. Therefore, the Court shall recuse from this proceeding. /I>*; **(no image attached)** *(MLC)* *(Entered: 03/15/2006)* |
|---|---|---|
| 03/23/2006 | ⊙46 | ORDER as to Theresa Brown, James Earl Ficklin: Case reassigned to Judge Edward C. Reed, Jr for all further proceedings. Judge Brian E. Sandoval no longer assigned to case. Signed by Judge Philip M. Pro on 3/23/06. (BLG) (Entered: 03/23/2006) |
| 03/23/2006 | ⊙47 | MINUTE ORDER IN CHAMBERS of the Honorable Brian E. Sandoval, U.S. District Judge on 3/23/2006. This action has been transferred to the Honorable Edward C. Reed. Therefore, the trial date of March 28, 2006, is VACATED. By Deputy Clerk: Marti Campbell. **(no image attached)** (MLC) (Entered: 03/23/2006) |
| 03/27/2006 | ⊙48 | ORDER granting 43 Motion to Substitute Attorney. Atty David J. Otto is atty is stead and place of Scott W. Edwards. Signed by Judge Edward C. Reed Jr. on 3/27/06. (WJ, ) (Entered: 03/27/2006) |
| 03/29/2006 | ⊙49 | MINUTE ORDER IN CHAMBERS of the Honorable Robert A. McQuaid Jr., U.S. Magistrate Judge on 3/29/2006. By Deputy Clerk: GMM. RE: 40 Order for Warrant, 41 Warrant Issued.The Initial Appearance to the Petition for Action on Conditions of Pretrial Release 40 is set on Magistrate Judge Cooke's calendar for Thursday, March 30, 2006 at 3:00 p.m. The parties have been telephonically notified. **(no image attached)** (GMM, ) (Entered: 03/29/2006) |
| 03/30/2006 | ⊙50 | MINUTE ORDER IN CHAMBERS of the Honorable Edward C. Reed Jr., U.S. District Judge on 3/30/2006. By Deputy Clerk: C. Larsen. Change of plea as to defendant Brown set 4//5/06 at 10:00 AM **(no image attached)** (CLL, ) (Entered: 03/30/2006) |
| 03/30/2006 | ⊙51 | MINUTES OF PROCEEDINGS - Initial Appearance re Revocation of Pretrial Release as to Theresa Brown held on |

| | | |
|---|---|---|
| | | 3/30/2006 before Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; AUSA: *Don Gifford*; Def Counsel: *David Otto*; PTS: *Mary Baker*; Court Reporter/FTR #: *3:29:40 - 3:37:08*; Time of Hearing: *3:29 p.m.*; Defendant is present. Bond 13 is revoked. Defendant is remanded to custody pending hearing set for April 5, 2006 at 10:00 AM before District Judge Reed.**(no image attached)** (LGM, ) (Entered: 03/31/2006) |
| 03/31/2006 | ⚫52 | Rule 5(c)(3) Documents Received as to Theresa Brown. Documents received from Northern District of California, Oakland, CA 4-06-70140-WDB; includes cover sheet; AO-94-commitment to another district; Unsecured $100,00.00 bond; notice of proceedings on out of district criminal charges purs to Rule 5(c)(2) and (3) of the FRCrP; copy of warrant; petition for acton on condition of pretrial release; docket sheet. (WJ, ) (Entered: 04/03/2006) |
| 03/31/2006 | ⚫53 | ORDER OF DETENTION as to Theresa Brown. Defendant shall be detained pending trial Signed by Judge Valerie P. Cooke on 3/31/06. (WJ, ) (Entered: 04/03/2006) |
| 04/05/2006 | ⚫54 | MOTION to Dismiss *Indictment for Defendant Ficklin* by USA as to James Earl Ficklin. Responses due by 4/19/2006. (Gifford, Robert) (Entered: 04/05/2006) |
| 04/05/2006 | ⚫55 | MINUTES OF PROCEEDINGS - Change of Plea as to Theresa Brown held on 4/5/2006 before Judge Edward C. Reed Jr.. Crtrm Administrator: *C. Larsen*; AUSA: *D. Gifford*; Def Counsel: *D. Otto*; USPO: *D. McCaw*; Court Reporter/FTR #: *K. French*; Time of Hearing: *10:38 AM to 12:00 PM*; Defendant is present. Defendant pleads GUILTY to count(s) One of the Indictment, and stipulates to forfeiture of items in Count Two. Plea Agreement filed. Court accepts the guilty plea. This matter is referred to the probation department for investigation and report. Trial setting as to this defendant is vacated. Sentencing set 7/18/06 at 10:00 AM Defendant's oral request for bail is referred to Magistrate Judge. Defendant is remanded to custody. (CLL, ) (Entered: 04/05/2006) |
| 04/05/2006 | ⚫56 | MINUTE ORDER IN CHAMBERS of the Honorable Edward C. Reed Jr., U.S. District Judge on 4/5/2006. By Deputy Clerk: C. Larsen. See attached order re defendant Brown's oral request for bail. (CLL, ) (Entered: 04/05/2006) |
| | | |

| 04/05/2006 | ○57 | PLEA AGREEMENT/MEMORANDUM as to Theresa Brown (DRM, ) (Entered: 04/06/2006) |
|---|---|---|
| 04/05/2006 | ○58 | ORDER granting 54 Motion to Dismiss indictment as to James Earl Ficklin (1) Signed by Judge Edward C. Reed Jr. on 4/5/06. (WJ, ) (Entered: 04/06/2006) |
| 04/11/2006 | ○59 | MOTION to Reconsider Magistrate Judge Order re 53 Detention Order by Theresa Brown. Responses due by 4/25/2006. (Otto, David) (Entered: 04/11/2006) |
| 04/18/2006 | ○60 | MINUTE ORDER IN CHAMBERS of the Honorable Valerie P. Cooke, U.S. Magistrate Judge on 4/18/2006. By Deputy Clerk: LGM. RE: 59 MOTION to Reconsider Magistrate Judge Order re 53 Detention Order filed by Theresa Brown. A Motion Hearing is set for 4/26/2006 03:00 PM in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. (**no image attached**) (LGM, ) (Entered: 04/18/2006) |
| 04/21/2006 | ○61 | RESPONSE to 59 MOTION to Reconsider Magistrate Judge Order re 53 Detention Order; filed by USA as to Theresa Brown. Replies due by 4/27/2006. (Attachments: # 1 Exhibit Attachments A and B)(Gifford, Robert) (Entered: 04/21/2006) |
| 04/26/2006 | ○62 | MINUTES OF PROCEEDINGS - Motion Hearing regarding detention as to Theresa Brown held on 4/26/2006 before Judge Valerie P. Cooke. Crtrm Administrator: *LGM*; AUSA: *Don Gifford*; Def Counsel: *Shelly O'Neill*; PTS: *Mary Baker*; Court Reporter/FTR #: *3:07:01 - 3:28:43*; Time of Hearing: *3:07 p.m.*; Defendant is present RE: 59 MOTION to Reconsider Magistrate Judge Order re 53 Detention Order filed by Theresa Brown. The Court having heard argument presented by the parties order that defendant's motion is DENIED. Defendant is remanded to custody. (**no image attached**) (LGM, ) (Entered: 05/01/2006) |
| 07/14/2006 | ○63 | Submission of PROPOSED ORDER by USA as to Theresa Brown re 55 Change of Plea,,,, Electronic Notice to USM,,, *Preliminary Order of Forfeiture* (Addington, Gregory) (Entered: 07/14/2006) |
| 07/18/2006 | ○64 | MINUTES OF PROCEEDINGS - Sentencing and Disposition as to Theresa Brown, held on 7/18/2006 before Judge Edward C. Reed Jr.. Crtrm Administrator: *C. Larsen*; AUSA: *S. Fahami*; Def Counsel: *D. Otto*; USPO: *D. McCaw*; Court Reporter/FTR #: *K. French*; Time of Hearing: *10:10 AM to* |

| | | |
|---|---|---|
| | | *10:40 AM*; Defendant is present. Sentence is imposed as to count(s) 1. Defendant is advised of right to file an appeal. Defendant is remanded to custody. (CLL, ) (Entered: 07/18/2006) |
| 07/18/2006 | 65 | PRELIMINARY ORDER OF FORFEITURE as to Theresa Brown: ORD, ADJGD DECREED USA should seize aforementioned property (see order); that all rights, titles and interest of D in the property is forfeited and is vested in USA and shall be safely held by USA until fur order of the Court. USA shall publish at least once a week for three successive weeks in newspaper of general circulation, notice of this order, notice of intent to dispose of the property and notice that any person, other than D, having or claiming a legal interest in any of the above listed forfeited property must file a petition with the Court within 30 days. (See order for further specifcs) Signed by Judge Edward C. Reed Jr. on 7/18/06. (WJ, ) (Entered: 07/18/2006) |
| 07/19/2006 | 66 | JUDGMENT as to Theresa Brown (2), Count(s) 1, 14 months USBOP, 14 months USBOP; Count(s) 2, property forfeited, property forfeited, assessment $100.00 Signed by Judge Edward C. Reed Jr. on 7/18/06. (DRM, ) (Entered: 07/19/2006) |
| 09/14/2006 | 67 | NOTICE *of Filing Proof of Publication* by USA as to Theresa Brown re 65 Preliminary Order of Forfeiture,, (Addington, Gregory) (Entered: 09/14/2006) |
| 10/12/2006 | 68 | Submission of PROPOSED ORDER by USA as to Theresa Brown re 65 Preliminary Order of Forfeiture,, *Proposed Final Order of Forfeiture* (Addington, Gregory) (Entered: 10/12/2006) |
| 10/16/2006 | 69 | FINAL ORDER OF FORFEITURE as to Theresa Brown Signed by Judge Edward C. Reed Jr. on 10/13/06. See ord for spec. (DRM, ) (Entered: 10/16/2006) |
| 07/24/2007 | 70 | Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Theresa Brown (Attachments: # 1) (Puralewski, Peggy) (Entered: 07/24/2007) |
| 07/24/2007 | 71 | ORDER granting 70 Petition to Transfer Jurisdiction of Supervision out as to Theresa Brown (2). Order sent to USDC for Northern District of California (450 Golden Gate Ave., SF CA). Signed by Judge Edward C. Reed Jr. on 07/24/2007. |

| | | |
|---|---|---|
| | | (Copies have been distributed pursuant to the NEF - LK) (Entered: 07/25/2007) |
| 08/09/2007 | ☾72 | Probation Jurisdiction Transferred to Northern District of California as to Theresa Brown Transmitted Transfer of Jurisdiction form signed by U.S. District Judges of both transferring and accepting jurisdictions,, with certified copies of indictment, judgment and docket sheet. (DRM) (Entered: 08/10/2007) |