# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**FILED**
OCT 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Theresa Brown | Docket No.:  CR 07-00514-01 DLJ |

Name of Sentencing Judge:   Edward C. Reed, Jr.
Senior United States District Judge
District of Nevada

Date of Original Sentence:   July 18, 2006

Original Offense:
Count One: False Statement During a Firearms Transaction, and Aiding and Abetting , 18 U.S.C. § 922(a)(6) and 2 , a Class C felony

Original Sentence: 14 months custody, 3 years supervised release.
Special Conditions: Community service 100 hours; drug/alcohol treatment; mental health treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; cooperate with collection of DNA.

On July 31, 2007, the Northern District of California accepted a transfer of jurisdiction from the District of Nevada.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: March 12, 2007 |
| Assistant U.S. Attorney: Shasni Kewalrmani | Defense Counsel: unassigned (AFPD) |

*[handwritten in left margin: "cc TO PROBATION"]*

Theresa Brown  
CR 07-00514-01 DLJ

Page 2

## Petitioning the Court to Take Judicial Notice

### Cause

<u>Charge Number</u>       <u>Violation</u>

One       There is probable cause to believe that the offender violated standard condition number seven that while on supervised release, the defendant shall refrain from any unlawful use of a controlled substance.

      On June 7, 2007, the offender submitted a sweat patch for substance abuse testing at Sharper Futures Drug Treatment Program in Richmond, California. According to Clinical Reference Laboratory results # 55764469, the sweat patch submitted by the offender, yielded a positive result for marijuana and methamphetamine.

      On June 21, 2007, the offender submitted a sweat patch for substance abuse testing at Sharper Futures Drug Treatment Program in Richmond, California. According to Clinical Reference Laboratory results # 55769911, the sweat patch submitted by the offender, yielded a positive result for marijuana.

      On June 28, 2007, the offender submitted a sweat patch for substance abuse testing at Sharper Futures Drug Treatment Program in Richmond, California. According to Clinical Reference Laboratory results # 55772175, the sweat patch submitted by the offender, yielded a positive result for marijuana.

      On July 6, 2007, the offender submitted a sweat patch for substance abuse testing at Sharper Futures Drug Treatment Program in Richmond, California. According to Clinical Reference Laboratory results # 55775359, the sweat patch submitted by the offender, yielded a positive result for marijuana.

      Evidence to support this charge is contained in Clinical Reference Laboratory results # 55764469, dated June 26, results # 55769911, dated July11, results # 55772175, dated July 18, and results # 55775359, dated July 26, 2007.

Theresa Brown                                                                                                    Page 3
CR 07-00514-01 DLJ

## Action Taken and Reason

Theresa Brown has completed seven months of supervised release. In that time, she has secured and maintained gainful employment with Great Expectations Services in Sacramento, California. She started her career at the call center and has been promoted to supervisor. She enjoys the work and it has improved her self esteem. However, during the first three months of supervision, Ms. Brown submitted several positive sweat patch tests for marijuana. Although the offender denied the use of marijuana, she did admit to allowing others to use the drug in her car. As a result, she was placed back on weekly urine drug screen testing and has continued in individual substance abuse counseling since the inception of supervision. Since the last positive sample on July 6, 2007, the offender has submitted all negative drug screen results.

Pursuant to 18 U.S.C. § 3583(g)(4), if an offender as a part of drug testing, tests positive for illegal controlled substances more than three times over the course of one year, the Court shall revoke the term of supervised release. However, the Court may consider whether the availability of appropriate substance abuse treatment programs, or an individual's current or past participation in such programs, warrants an exception in accordance with the United States Sentencing Commission guidelines from the rule of § 3583(g) when considering any action against a defendant who fails a drug test. Therefore, it is respectfully recommended that the court take judicial notice of the above listed violations of supervised release and allow the probation office to continue to monitor the case.

Assistant U.S. Attorney Shasni Kewalrmani has been notified and there are no objections.

Address of offender:          4237 Ohio Avenue
                              Richmond, CA 94804

Respectfully submitted,                              Reviewed by:


_____                      _____
Cristopher Taylor                                    Daniel Zurita
U.S. Probation Officer                               Supervisory U.S. Probation Officer

Date Signed: October 17, 2007

THE COURT ORDERS:
☑ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

_____ 10-17-07
Date

_____
D. Lowell Jensen
Senior United States District Judge